W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 927-2525
Facsimile: (916) 920-0355

Attorneys for the Debtor
and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

In re

SAVITRIBEN PATEL, aka SABRINA PATEL, SAVITRI PATEL, dba CYPRESS TREE INN, aka SAVITRI K. PATEL, dba AMERICA'S BEST VALUE INN & SUITES-CYPRESS TREE INN

Debtor.
_____/

Case No. 11-54571 SLJ 11

Chapter 11

**MOTION FOR AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL, TO PAY EMPLOYEE WAGES, TO PAY UTILITIES, INSURANCE, TO MAINTAIN VENDOR RELATIONSHIPS AND OTHER EXPENSES**

Final Hearing: TBD
Preliminary Hrng. Date: May 19, 2011
Time: 3:30 p.m.
Place: U.S. FEDERAL BLDG.
280 S. FIRST ST.
SAN JOSE, CA.
COURTROOM-3099, 3RD FLOOR
Judge: Stephen L. Johnson

I, SAVITRIBEN PATEL, Debtor in this case (hereinafter referred to as "Debtor"), by and through her attorney W. AUSTIN COOPER, hereby moves the Court for an order authorizing the Debtor to use of cash collateral of Pacifica L33, LLC, Heritage Bank and Commercial Realty Experts and for an emergency order authorizing the temporary use of such cash collateral to pay

1

adequate protection payments, utilities, employee wages and to maintain vendor relationships pending the final hearing on the motion. In support of the motion, Debtor represents as follows:

1. This Chapter 11 case was filed on 05/12/11.
2. Debtor is indebted to Pacifica L33, LLC by virtue of a loan agreement and related deed of trust on the property and business located at 2229 and 2245 North Fremont Street, Monterey California. The original lender was Monterey Bay Bank, which recorded its deed of trust for $3,000,000.00 on September 2, 2008. Pacifica L33, LLC is the successor by virtue of various assignments and bank failures. The present amount owing is approximately $2,591,904.00. Heritage Bank of San Jose holds a 2nd Deed of Trust with a balance of $1,350,000.00 and Commercial Realty Experts hold a 3rd deed of trust with a balance of approximately 400,000.00.
3. The collateral is identified in the Security Agreement and financing Statement as the real property knows as 2229 and 2245 North Fremont Street, Monterey, California (motel and rental shops). The non-motel revenue is approximately $ 2, 800.00 monthly. The market value of the properties about $4,600,000.00 (per recent appraisal). There is also an abstract of judgment in favor of the City of Santa Cruz for $1,000,000.00 (judgment on appeal).
4. The property is also encumbered by real estate tax liens in favor of the County of Monterey for     taxes owed in 2007, 2008, 2009 and 2010-2011.
5. There is no equity left for the City of Santa Cruz because the deed of trust holders exceed the value of the property.
6. Debtor proposes the use of cash collateral under either of the following two budgets as set forth in the following table:
See Exhibit "A".

Option A-14 day budget for the remainder of May, 2011.
 See Exhibit "B"- option B, budget for May-December 2011.

7. Debtor offers as adequate protection of the interest of Pacifica L33, LLC a monthly adequate protection payment of $7,500.00 per month commencing in June 15, 2011 to the

2

extent of its interest in cash collateral, a continuing first-in-priority lien on hotel room revenues and real property rental acquired by the debtor after the commencement of this case; and preservation of the going concern value of the business of Debtors as an operating, going business concern.

8. The Debtor will make up for shortfalls in "winter months by using a reserve established for that purpose in profitable summer months.

9. The budget provides insurance payments to protect the property and the business assets.

10. The budget provides for the maintenance and the basic necessities from existing vendors, utilities (such as telephone, electric water, etc.) and wages for employers and house keeping maid of about $11,500.00 per month and necessary business operating expenses such as credit card charges, taxes, etc.

11. The budget does not provides for property taxes, but provides for all other taxes

12. The debtor proposes that she is allowed to maintain the status quo for the relationship with vendors and utilities.

13. The Debtor is proposing an evaluation period of 20 days in may, or in the alternatives of a budget using cash collateral through December 31, 2011 (see Ex. "B"). The Debtor needs the breathing room and cash to maintain the status quo while determining the best cours for reorganization of the business.

14. The Debtor believes that the use of the cash and the maintenance of vendor relationships as proposed is necessary to prevent irreparable harm to the business while at the same time adequately protect the collateral interests of Pacifica L33, LLC and other secured lenders, creditors and tax authorities.

15. Since the inception of the Chapter 11, the Debtor has deposited all cash collateral receipts in Chase Bank "cash collateral" account and now seeks to use such funds for the ordinary and necessary expenses of operating the Debtor.

Date: May 17, 2011          By:     /s/ W. Austin Cooper
                                    W. AUSTIN COOPER
                                    Attorney for Savitriben K. Patel

# EXHIBIT "A"

AMERICA'S BEST VALUE INN & SUITES
CYPRESS TREE INN
2227 NORTH FREMONT STREET
MONTEREY, CA 93940

| PROJECTED GROSS INCOME | | May 10 thru 31 2011 |
|---|---|---|
| | | |
| Gross Room/RV Rental | | $36,000.00 |
| TOT/Tourism Taxes | | -$3,900.00 |
| Total Room/RV NET Income: | | $32,100.00 |
| | | |
| PROJECTION: | | |
| ROOM NET INCOME | | $32,100.00 |
| RENTAL SHOP INCOME | | $3,943.75 |
| VENDING INCOME | | $100.00 |
| Total PROJECTED Income | | $36,143.75 |
| | | |
| | | |
| PROJECTED OPERATING EXPENSES: | | |
| Payroll Taxes | | $1,393.60 |
| Insurances/Building | | $800.00 |
| Workers Compensation | | $784.00 |
| General Manager's Payroll | | $3,600.00 |
| Front Desk Employee | | $3,254.40 |
| Housekeeping/Maintenance Payroll | | $2,348.80 |
| Sewer/Water | | $700.00 |
| Electricity/Gas | | $2,720.00 |
| Garbage | | $160.00 |
| Telephone | | $480.00 |
| Cable/Internet | | $642.80 |
| Repairs/Maintenance | | $236.00 |
| AAA Membership | | $110.00 |
| Advertising | | $280.00 |
| OTA Commissions | | $200.00 |
| Annual Franchise Conference/Training | | $0.00 |
| Franchise Commissions | | $1,154.00 |
| Fire Monitor | | $52.80 |
| Guestroom Supply & Misc. Expense | | $520.00 |
| Front Office Supplies | | $160.00 |
| Credit Card Discount | | $416.80 |
| Bank Fees | | $50.00 |
| CPA & Accounting Fee | | $400.00 |
| Payroll Services | | $300.00 |
| Website Hosting | | $20.00 |
| Spa Supplies/Maintanence | | $64.00 |
| Permits Fees | | $0.00 |
| Breakfast Supplies | | $589.60 |
| Vending Supplies | | $48.00 |
| Reserved for Replacement | | $506.40 |
| Legal (per court approval) | | $0.00 |
| Legal (appeal) | | $0.00 |
| U.S. Trustee | | $0.00 |
| | | |
| PROJECTED TOTAL | | $21,991.20 |
| | | |
| | | |
| Projected Income | | $36,143.75 |
| Projected Expenses | | -$21,991.20 |
| Projected Profit/Loss | | $14,152.55 |
| | | |
| Projected Income | | $14,152.55 |
| Reserved for Emergency Funds | | -$2,000.00 |
| Estimated CH 11 Utilities Deposit | | -$2,000.00 |
| | | |
| PROJECTED Payment to 1ST Lender | | $10,152.55 |
| | | |
| No distributions are to owner | | |

Case: 11-54571    Doc# 13    Filed: 05/17/11    Entered: 05/17/11 17:52:51    Page 5 of 7

# EXHIBIT "B"

America's Best Value Inn & Suites
Cypress Tree Inn
Monterey, California

| PROJECTED GROSS INCOME | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Room/RV Rental | $34,000.00 | $45,000.00 | $55,000.00 | $80,000.00 | $85,000.00 | $55,000.00 | $25,000.00 | $20,000.00 | $18,000.00 | |
| TOT/Tourism Taxes | -$3,900.00 | -$5,100.00 | -$6,300.00 | -$8,800.00 | -$8,500.00 | -$6,300.00 | -$2,900.00 | -$2,300.00 | -$2,000.00 | |
| Total Room/RV NET Income: | $30,100.00 | $39,900.00 | $48,700.00 | $71,200.00 | $76,500.00 | $48,700.00 | $22,100.00 | $17,700.00 | $16,000.00 | $370,900.00 |
| PROJECTION: | | | | | | | | | | |
| ROOM NET INCOME | $30,100.00 | $39,900.00 | $48,700.00 | $71,200.00 | $76,500.00 | $48,700.00 | $22,100.00 | $17,700.00 | $16,000.00 | $370,900.00 |
| RENTAL SHOP INCOME | $3,943.75 | $3,943.75 | $3,943.75 | $3,943.75 | $3,943.75 | $3,943.75 | $3,943.75 | $3,943.75 | $3,943.75 | $35,493.75 |
| VENDING INCOME | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $900.00 |
| Total PROJECTED Income | $34,143.75 | $43,943.75 | $52,743.75 | $75,243.75 | $80,543.75 | $52,743.75 | $26,143.75 | $21,743.75 | $20,043.75 | $407,293.75 |

| PROJECTED OPERATING EXPENSES: | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Taxes | $1,742.00 | $1,742.00 | $1,742.00 | $1,742.00 | $1,742.00 | $1,742.00 | $1,742.00 | $1,742.00 | $1,742.00 | $15,678.00 |
| Insurances/Building | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $9,000.00 |
| Workers Compensation | $980.00 | $980.00 | $980.00 | $980.00 | $980.00 | $980.00 | $980.00 | $980.00 | $980.00 | $8,820.00 |
| General Manager's Payroll | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $40,500.00 |
| Front Desk Employee | $4,068.00 | $4,068.00 | $6,568.00 | $6,568.00 | $6,568.00 | $6,568.00 | $6,568.00 | $6,568.00 | $6,568.00 | $54,112.00 |
| Housekeeping/Maintenance Payroll | $2,936.00 | $2,936.00 | $2,936.00 | $2,936.00 | $2,936.00 | $2,936.00 | $2,936.00 | $2,936.00 | $2,936.00 | $26,424.00 |
| Sewer/Water | $1,500.00 | $1,500.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 | $1,500.00 | $1,500.00 | $1,500.00 | $14,300.00 |
| Electricity/Gas | $3,000.00 | $3,400.00 | $4,000.00 | $4,500.00 | $4,500.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $33,000.00 |
| Garbage | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $3,150.00 |
| Telephone | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $5,400.00 |
| Cable/Internet | $803.53 | $803.53 | $803.53 | $803.53 | $803.53 | $803.53 | $803.53 | $803.53 | $803.53 | $7,231.77 |
| Repairs/Maintenance | $295.00 | $295.00 | $295.00 | $295.00 | $295.00 | $295.00 | $295.00 | $295.00 | $295.00 | $2,655.00 |
| AAA Membership | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Advertising | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $3,150.00 |
| CRA Commissions | $300.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $4,300.00 |
| Annual Franchise Conference/Training | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 |
| Franchise Commissions | $1,442.50 | $1,442.50 | $1,442.50 | $1,442.50 | $1,442.50 | $1,442.50 | $1,442.50 | $1,442.50 | $1,442.50 | $12,982.50 |
| Fire Monitor | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $66.00 | $594.00 |
| Guestroom Supply & Misc. Expense | $600.00 | $900.00 | $2,900.00 | $2,900.00 | $2,900.00 | $2,900.00 | $2,900.00 | $2,900.00 | $2,900.00 | $21,800.00 |
| Gift Office Supplies | $250.00 | $450.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $650.00 | $5,250.00 |
| Credit Card Discount | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $521.00 | $4,689.00 |
| Bank Fees | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $1,800.00 |
| CPA & Accounting Fee | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $4,500.00 |
| Payroll Services | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $3,375.00 |
| Website Hosting | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $225.00 |
| Site Supplies/Maintenance | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $80.00 | $720.00 |
| Permits Fees | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| Breakfast Supplies | $537.00 | $737.00 | $737.00 | $737.00 | $737.00 | $737.00 | $737.00 | $737.00 | $737.00 | $6,433.00 |
| Vending Supplies | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $60.00 | $540.00 |
| Reserved for Replacement | $433.00 | $633.00 | $1,033.00 | $1,033.00 | $1,033.00 | $1,033.00 | $1,033.00 | $1,033.00 | $1,033.00 | $8,297.00 |
| Loan (per court approval) | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $18,000.00 |
| Legal (appeal) | $0.00 | $0.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $8,500.00 |
| U.S. Trustee | $0.00 | $0.00 | $0.00 | $1,625.00 | $0.00 | $0.00 | $1,625.00 | $0.00 | $0.00 | $3,250.00 |
| P23 E CH11 | $4,000.00 | | | | | | | | | |
| PROJECTED TOTAL | $33,514.03 | $31,014.03 | $38,414.03 | $40,539.03 | $42,414.03 | $37,314.03 | $36,739.03 | $37,114.03 | $38,614.03 | $337,676.27 |

| | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Income | $34,143.75 | $43,943.75 | $52,743.75 | $75,243.75 | $80,543.75 | $52,743.75 | $26,143.75 | $21,743.75 | $20,043.75 | $407,293.75 |
| Projected Expenses | -$33,514.03 | -$31,014.03 | -$38,914.03 | -$40,539.03 | -$42,414.03 | -$37,314.03 | -$38,739.03 | -$37,114.03 | -$38,614.03 | -$338,176.27 |
| Projected Profit/Loss | $629.72 | $12,929.72 | $13,829.72 | $34,704.72 | $38,129.72 | $15,429.72 | -$12,595.28 | -$15,370.28 | -$18,570.28 | $69,117.48 |

| | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | |
|---|---|---|---|---|---|---|---|---|---|---|
| PROJECTED Payment to 1ST Lender | $0.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | $7,500.00 | |
| Reserved for Shortfall in Fall/Winter Months | $629.72 | $5,429.72 | $6,329.72 | $27,214.72 | $30,629.72 | $7,929.72 | | | | |
| Funds Being Used From Reserved Income | | | | | | | $20,095.28 | $22,870.28 | $26,070.28 | |

| ACTUAL DUE | | | PRINCIPAL BALANCE |
|---|---|---|---|
| 1ST LENDER (Truimph Bank) | $20,625.81 MONTHLY | | $2,547,775.80 |
| 2ND LENDER (Heritage Bank) | $9470.00 MONTHLY | | $1,307,184.91 |
| 3RD LENDER (CRS Experts) | $4000 MONTHLY | | $400,000.00 |
| City of Santa Cruz Judgement Lien | | | $1,000,000.00 plus interest |
| County Real Estate Taxes | | | $89,906.50 |

Footnote #1: Reminder funds in reserved account will carry into 2012 months
Footnote #2 Any unused reserved in access in the above expenses should be to paid to Truimph Bank note

Case 11-54... Doc# ... Filed 05/17/11 Entered 05/17/11 14:52:5... Page 7 of 7