

Entered on Docket
May 19, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 19, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

1  W. AUSTIN COOPER,
   A PROFESSIONAL CORPORATION
2  W. AUSTIN COOPER, #030652
   2525 Natomas Park Drive, Suite 320
3  Sacramento, CA 95833
   Telephone: (916) 927-2525
4  Facsimile: (916) 920-0355

5  Attorneys for the Debtors
   and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| In re | Case No. 11-54571 SLJ 11<br>Chapter 11 |
| SAVITRIBEN K. PATEL, aka SABRINA PATEL, SAVITRI PATEL, dba CYPRESS TREE INN, aka SAVITRI K. PATEL, dba AMERICA'S BEST VALUE INN & SUITES-CYPRESS TREE INN | EX-PARTE ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING ON MOTION FOR USE OF CASH COLLATERAL AND SETTING HEARING DATE |
| | Location: U.S. FEDERAL BUILDING<br>280 S. FIRST ST.,<br>COURTROOM 3099<br>3RD FLOOR<br>SAN JOSE, CA |
| Debtor. | Judge: Stephen L. Johnson |
| _____ / | [No Hearing Required] |

Application having been made by Savitriben Patel ("Debtor") for an ex-parte order shortening time for service of Notice of Hearing on Motion For Use of Cash Collateral and Setting Hearing date, proof having been made to the satisfaction of the court, and good cause appearing therefore, IT IS ORDERED that the application of Savitriben Patel for an ex-parte order shortening time for service of Notice of Motion for Order Authorizing For Use of Cash

1

GRANTED and the time of service is shortened so that service by facsimile, e-mail, postage prepaid U.S. Mail, personal delivery or other manor to assure timely receipt of such notice to: the Office of the U.S. Trustee, all secured creditors, the twenty (20) largest unsecured creditors, parties requesting notice and governmental entities entitled to notice, by 5:00 p.m., May 19, 2011, and such notice shall be sufficient notice of the proceedings.

IT IS FURTHER ORDERED that the Debtors' Motion For an Order Authorizing Debtor EX-PARTE ORDER SHORTENING TIME FOR SERVICE OF NOTICE OF HEARING ON MOTION FOR USE OF CASH COLLATERAL is set for hearing on Monday, May 23, 2011 in Courtroom 3099 at 1:00 p.m.

END OF ORDER

# COURT SERVICE LIST

Office of the United States Trustee
San Jose Division
280 South First Street, Room 268
San Jose, CA 95113

Laura Palazzolo, Esq.
Berliner Cohen
10 Almaden Blvd #1100
San Jose, CA 95113

Commercial Realty Experts
c/o Peter Kline, Esq.
25 Metro Drive, 7th Floor
San Jose, California 95110
Fax # (408) 436-8272
pkline@millermorton.com

Heritage Bank
c/o Steve Kottmeier, Esq.
70 South 1st Street
San Jose, California 95113

PG&E
P.O. Box 997300
Sacramento, California 95899

PG&E
356 E Alisal Street
Salinas, CA 93901

California American Water
P.O. Box 7150
Pasadena, CA 91109-7150

Monterey City Disposal
P.O. Box 2780
Monterey, CA 93942

Comcast
P.O. Box 34227
Seattle, WA 98124

W. Austin Cooper, Esq.
2525 Natomas Park Drive, Suite #320
Sacramento, CA 95833

1