W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 927-2525
Facsimile: (916) 920-0355

Attorneys for the Debtor
and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

In re

SAVITRIBEN K. PATEL, aka SABRINA PATEL, SAVITRI PAEL, dba CYPRESS TREE INN, aka SAVITRI K. PATEL, dba AMERICA'S BEST VALUE INN & SUITES-CYPRESS TREE INN

Debtor.
_____/

Case No. 10-51074

Chapter 11

**PROOF OF SERVICE**

I am a resident of the United States and am employed in the County of Sacramento. I am over the age of eighteen (18) years and not a party to the within action; my business address is c/o W. Austin Cooper, a Professional Corporation, 2525 Natomas Park Drive, Suite 320, Sacramento, California 95833.

I am familiar with the firm's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Every day's mail is collected and deposited in the United States Mail box after the close of each day's business.

On May 19, 2011, I served the within:

*     **NOTICE OF HEARING ON MOTION BY DEBTOR AND DEBTOR IN POSSESSION TO USE CASH COLLATERAL, TO PAY EMPLOYEE WAGES, TO PAY UTILITIES, INSURANCE, TO MAINTAIN VENDOR RELATIONSHIPS AND OTHER EXPENSES**

1

[XX] (BY MAIL) placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in United States post office mailbox at Sacramento, California, addressed as shown below. **PLEASE ALSO SEE ATTACHED LIST.**

Office of the United States Trustee
San Jose Division
280 South First Street, Room 268
San Jose, CA 95113

Laura Palazzolo, Esq.
Berliner Cohen
10 Almaden Blvd #1100
San Jose, CA 95113

Commercial Realty Experts
c/o Peter Kline, Esq.
25 Metro Drive, 7th Floor
San Jose, California 95110
Fax # (408) 436-8272
pkline@millermorton.com

Heritage Bank
c/o Steve Kottmeier, Esq.
70 South 1st Street
San Jose, California 95113

[ ] (BY FACSIMILE) transmitting a true copy thereof into a facsimile machine to the fax number provided by the person shown below.

[ ] (BY FEDERAL EXPRESS) placing a true copy thereof, enclosed in a sealed federal express envelope with postage thereon fully prepaid, in Federal Express dropbox at Sacramento, California, addressed as shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on May 20, 2011, at Sacramento, California.

/s/ Diana Aldan-Muna
DIANA ALDAN-MUNA

Label Matrix for local noticing
0971-5
Case 11-54571
Northern District of California
San Jose
Fri May 20 18:08:23 PDT 2011

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113-3099

AdvanceMe, Inc.
2015 Vaughn Rd.
Kennesaw, GA 30144-7801

Board of Equalization
3321 Power Inn Road, Suite 210
Sacramento, CA 95826-3893

Eliseo Mundo, dba Nundos Cafe
2233 N. Fremont St.,
Monterey, CA 93940-5404

Florida Travel Saver
150 Granby Street
Norfolk, VA 23510-1604

Heritage Bank of Commerce
c/o Michaeline H. Correa
70 S. First Street
Hopkins and Carley
San Jose, CA 95113-2406

Manuben Patel
500 Riverside Avenue
Santa Cruz, CA 95060-5124

Monterey Region Water
S Harris Ct. Bldg D
Monterey, CA 93940

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Heritage Bank of Commerce
c/o Stephen J. Kottmeier
70 S. First Street
Hopkins & Carley
San Jose, CA 95113-2406

ALSCO Linen Co.
2275 Junction Avenue
San Jose, CA 95131-1211

America's Best Value Inn By Vantage
9305 W. Sample Road
Coral Springs, FL 33065-4101

City of Santa Cruz
809 Center St. #101
Santa Cruz, CA 95060-3826

Employment Development Dept.
Bkrptcy/Special Procedure Grp.
P.O. Box 826900 MIC 92E
Sacramento, CA 94280

Franchise Tax Board
Brptcy Unit
3321 Power Inn Road, Suite 250
Sacramento, CA 95826-3893

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Mitchell J. Kassoff
Two Foster Court
South Orange, NJ 07079-1002

Monterey Regional Water Pollution Agency
P.O. Box 2109
Monterey, CA 93942-2109

Pacifica L33, LLC
1785 Hancock St.
San Diego, CA 92110-2051

Pacifica Loan 33, LLC
Berliner Cohen
Laura Palazzolo
10 Almaden Blvd.
11th Floor
San Jose, CA 95113-2226

Advance Me, Inc.
2015 Vaughn Rd $500
Kennesaw, GA 30144-7801

Baird Williams & Greek, Attorneys
6225 North 24th Street Ste., 125
Phoenix, AZ 85016-2044

Commercial Reality Experts
1155 'A' Street
Hayward, CA 94541-4113

FCI Lender Services, Inc.
8180 E. Kaiser Boulevard
Anaheim, CA 92808-2277

Heritage Bank of Commerce
150 Almaden Blvd
San Jose, CA 95113-2010

Katie's Beauty Salon
2241 N. Fremont St.
Monterey, CA 93940-5404

Monterey County of California Taxes
P.O. Box 891
Salinas, CA 93902-0891

Nancy Johnson
Laura Palazzolo
BERLINER COHEN
10 Almaden Blvd., 11th Floor
San Jose, CA 95113-2226

Pennisula Gem Store
2247 N. Fremont St.,
Monterey, CA 93940

| | | |
|---|---|---|
| Ray's Barber Shop<br>2247 N. Fremont St.,<br>Monterey, CA 93940 | Sanjay Patel<br>500 Riverside Avenue<br>Santa Cruz, CA 95060-5124 | Steven Sibley<br>DiNapoli and Sibley<br>10 Almaden Blvd., Suite 1250<br>San Jose, CA 95113-2271 |
| Triumph Bank<br>5220 Spring Valley<br>Dallas, TX 75254-3099 | Wachovia<br>P.O. Box 60505<br>City of Industry, CA 91716-0505 | Wald Ruhnke & Dost<br>2340 Garden Road Ste. 100<br>Monterey, CA 93940-5347 |
| Savitriben K. Patel<br>500 Riverside Avenue<br>Santa Cruz, CA 95060-5124 | W. Austin Cooper<br>Law Offices W. Austin Cooper<br>2525 Natomas Park Dr. #320<br>Sacramento, CA 95833-2936 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Section (7's)
P.O. Box 21126
Philadelphia, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Heritage Bank of Commerce
c/o Stephen J. Kottmeier
70 S. First Street
Hopkins and Carley
San Jose, CA 95113-2406

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38