W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 927-2525
Facsimile: (916) 920-0355

Attorneys for the Debtor
and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

In re

SAVITRIBEN PATEL, aka SABRINA PATEL, SAVITRI PATEL, dba CYPRESS TREE INN, aka SAVITRI K. PATEL, dba AMERICA'S BEST VALUE INN & SUITES-CYPRESS TREE INN

Debtor.
_____/

Case No. 11-54571 SLJ 11

Chapter 11

Final Hearing: TBD
Preliminary Hrng. Date: May 23, 2011
Time: 1:000 p.m.
Place: U.S. FEDERAL BLDG.
280 S. FIRST ST.
SAN JOSE, CA.
COURTROOM-3099, 3RD FLOOR

Judge: Stephen L. Johnson

**NOTICE OF HEARING ON MOTION BY DEBTOR AND DEBTOR IN POSSESSION TO USE CASH COLLATERAL, TO PAY EMPLOYEE WAGES, TO PAY UTILITIES, INSURANCE , TO MAINTAIN VENDOR RELATIONSHIPS AND OTHER EXPENSES**

The debtor in possession, Savitriben K. Patel, has filed papers with the Court (the "Motion") seeking an order **TO USE CASH COLLATERAL, TO PAY EMPLOYEE WAGES, TO PAY UTILITIES, INSURANCE , TO MAINTAIN VENDOR RELATIONSHIPS AND OTHER EXPENSES..** Debtor brings this Motion pursuant to 11 U.S.C. section 363(c)(2)(B)

1

1     **NOTICE IS HEREBY GIVEN** that the hearing on the Motion of Debtor to Use Cash Collateral by Savitriben K. Patel in the above-captioned bankruptcy case, shall be held on May 23, 2011 at 1:00 p.m., or soon thereafter as may be heard before the Honorable Stephen L. Johnson in Courtroom 3099, United States Bankruptcy Court, U.S. Federal Building S. First Street, San Jose, California. The Motion may be reviewed at the Office of the Clerk, United States Bankruptcy Court, at the above-referenced address in Room 3035.

    The Motion is based upon this Notice of Hearing, the Motion, the Declaration of Savitriben K. Patel and other Declarations filed in support thereof and such other argument, authority and evidence as may be presented at the hearing.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    **NOTICE IS FURTHER GIVEN** that the hearing on the Motion is being set on 5 day's notice pursuant to an Order Shortening Time. No party-in-interest shall be required to file written opposition to the Motion. Therefore, opposition, if any, to the Motion shall be presented at the hearing on the Motion. If opposition is presented at the time of hearing, or if there is good cause, the Court may continue the hearing to permit the filing of additional evidence and briefs. A responding party who has no opposition to the granting of an application or motion need not appear, but may still file and serve a statement of non-opposition prior to the hearing on an application or motion. Failure of any responding party to appear at the hearing and present any opposition at the time of hearing may be deemed a waiver of any opposition to the granting of this motion.

    **NOTICE IS FURTHER GIVEN** that the hearing on the Motion may be continued from time to time without further notice other than announcement in open court of the date, time and place of the continued hearing.

Date: May 19, 2011            By:   /s/ W. Austin Cooper
                                                            W. AUSTIN COOPER
                                                             Attorney for Savitriben K. Patel