NANCY J. JOHNSON, CA STATE BAR NO. 111615
LAURA PALAZZOLO, CA STATE BAR NO. 210954
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
nancy.johnson@berliner.com
laura.palazzolo@berliner.com

STEVEN SIBLEY, CA STATE BAR NO. 152365
DINAPOLI & SIBLEY
TEN ALMADEN BOULEVARD
SUITE 1250
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 999-0900
FACSIMILE: (408) 999-0191
ssibley@dslaw.net

ATTORNEYS FOR CREDITOR PACIFICA L 33, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 11-54571 |
| SAVITRIBEN K. PATEL, | DECLARATION OF LAURA PALAZZOLO IN SUPPORT OF OPPOSITION TO MOTION FOR USE OF CASH COLLATERAL |
| Debtor. | |
| | Date: June 8, 2011 |
| | Time: 2:00 p.m. |
| | Dept.: 3099 |
| | Judge: Hon. Stephen L. Johnson |

I, Laura Palazzolo, declare as follows:

1.     I am an associate with the law firm of Berliner Cohen, attorneys for secured creditor Pacifica L 33, LLC ("Pacifica"). I am personally familiar with the matters set forth in this declaration and, if called as a witness, I could and would competently testify thereto. As to matters presented on information and belief, I believe them to be true.

2.     I appeared at the preliminary hearing on the Debtor's cash collateral motion held on May 23, 2011. Prior to that hearing, the Debtor submitted two budgets, attached to its Ex

\LPALA\850098.1
060111-19479001
Case: 11-54571    Doc# 28-1    Filed: 06/01/11    Entered: 06/01/11 16:05:39    Page 1 of 21

Parte Motion to Shorten Time as Exhibit A and Exhibit B. The first budget was approved from May 23, 2011 through June 8, 2011. A further scheduling order was set for a hearing on the Exhibit B budget proposed through the end of the year.

3.     I am informed and believe that Pacifica L 33, LLC owns the first position promissory note secured against the Debtor's main asset, the Cypress Tree Motel located at 2229 and 2245 North Fremont Street in Monterey, California (the "Property").

4.     Shortly before the May 23, 2011 hearing, the Debtor provided me with income and expense statements for all of 2010 and for 2011 to date. True and correct copies of the 2011 monthly income and expense statements are attached hereto as Exhibit A. True and correct copies of the monthly income and expense statements for January through April of 2011 are attached hereto as Exhibit B.

5.     In response to my request for payroll information, the Debtor also provided payroll information for 2010. For privacy reasons I have not attached those wage reports. However, in summary, information for only three employees was provided, with annual wages of $4,590, $1,404, and $11,075.79 respectively, for a total documented payroll of $29,670 for 2010.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States. Executed this 1st day of June, 2011 in San Jose, California.


                                          /s/ Laura Palazzolo
                                         LAURA PALAZZOLO

\LPALA\850098.1
060111-19479001

# EXHIBIT A

CYPRESS TREE / RSVP LLC 2010
Statement of Income
Month Ending January 31, 2010

5/20/2011 1:47 PI

| | January | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 23,595.73 | 85.4 | 23,595.73 | 85.4 |
| SHOP RENTAL | 4,043.75 | 14.6 | 4,043.75 | 14.6 |
| Total Revenue | 27,639.48 | 100.0 | 27,639.48 | 100.0 |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 1,620.40 | 5.9 | 1,620.40 | 5.9 |
| Total Cost of Sales | 1,620.40 | 5.9 | 1,620.40 | 5.9 |
| Gross Profit | 26,019.08 | 94.1 | 26,019.08 | 94.1 |
| **Expense:** | | | | |
| ADVERTISING | | | | |
| COMMISSIONS | 282.00 | 1.0 | 282.00 | 1.0 |
| GIFTS | 1,830.70 | 6.6 | 1,830.70 | 6.6 |
| INSURANCE | 200.00 | .7 | 200.00 | .7 |
| LAUNDRY & CLEANING | 1,469.00 | 5.3 | 1,469.00 | 5.3 |
| MORTGAGE | 786.91 | 2.8 | 786.91 | 2.8 |
| OFFICE EXPENSE | 34,095.81 | 123.4 | 34,095.81 | 123.4 |
| POSTAGE | 125.00 | .5 | 125.00 | .5 |
| REPAIRS & MAINTENANCE | 40.45 | .1 | 40.45 | .1 |
| SALARIES & WAGES | 270.00 | 1.0 | 270.00 | 1.0 |
| TELEPHONE | 5,580.30 | 20.2 | 5,580.30 | 20.2 |
| UTILITIES | 690.41 | 2.5 | 690.41 | 2.5 |
| Total Expense | 3,326.45 | 12.0 | 3,326.45 | 12.0 |
| Operating Income | 48,697.03 | 176.2 | 48,697.03 | 176.2 |
| | 22,677.95- | 82.0- | 22,677.95- | 82.0- |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 22,677.95- | 82.0- | 22,677.95- | 82.0- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT

*Bill M Welch*
BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

CYPRESS TREE / RSVP LLC 2010         5/20/2011 1:47 PM
Statement of Income
Month Ending February 28, 2010

| | February | | Year to Date | |
|---|---|---|---|---|
| Revenue: | | | | |
| ROOM RENTAL | 30,037.24 | 88.1 | 53,632.97 | 86.9 |
| SHOP RENTAL | 4,043.75 | 11.9 | 8,087.50 | 13.1 |
| Total Revenue | 34,080.99 | 100.0 | 61,720.47 | 100.0 |
| Cost of Sales: | | | | |
| PURCHASES / SUPPLIES | 2,316.84 | 6.8 | 3,937.24 | 6.4 |
| Total Cost of Sales | 2,316.84 | 6.8 | 3,937.24 | 6.4 |
| Gross Profit | 31,764.15 | 93.2 | 57,783.23 | 93.6 |
| Expense: | | | | |
| ADVERTISING | .00 | .0 | 282.00 | .5 |
| COMMISSIONS | 2,058.89 | 6.0 | 3,889.59 | 6.3 |
| GIFTS | .00 | .0 | 200.00 | .3 |
| INSURANCE | 1,469.00 | 4.3 | 2,938.00 | 4.8 |
| LAUNDRY & CLEANING | 202.49 | .6 | 989.40 | 1.6 |
| MORTGAGE | 34,095.81 | 100.0 | 68,191.62 | 110.5 |
| OFFICE EXPENSE | 261.66 | .8 | 386.66 | .6 |
| POSTAGE | 120.00 | .4 | 160.45 | .3 |
| REPAIRS & MAINTENANCE | 451.00 | 1.3 | 721.00 | 1.2 |
| SALARIES & WAGES | 4,953.00 | 14.5 | 10,533.30 | 17.1 |
| TELEPHONE | 640.00 | 1.9 | 1,330.41 | 2.2 |
| UTILITIES | 3,614.00 | 10.6 | 6,940.45 | 11.2 |
| Total Expense | 47,865.85 | 140.4 | 96,562.88 | 156.5 |
| Operating Income | 16,101.70- | 47.2- | 38,779.65- | 62.8- |
| Other Income/Expense: | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 16,101.70- | 47.2- | 38,779.65- | 62.8- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

CYPRESS TREE / RSVP LLC 2010                                              5/20/2011 1:47 PM
Statement of Income
Month Ending March 31, 2010

|  | March |  | Year to Date |  |
|---|---|---|---|---|
| Revenue: |  |  |  |  |
| ROOM RENTAL | 27,322.30 | 87.1 | 80,955.27 | 87.0 |
| SHOP RENTAL | 4,043.75 | 12.9 | 12,131.25 | 13.0 |
| Total Revenue | 31,366.05 | 100.0 | 93,086.52 | 100.0 |
| Cost of Sales: |  |  |  |  |
| PURCHASES / SUPPLIES | 1,963.89 | 6.3 | 5,901.13 | 6.3 |
| Total Cost of Sales | 1,963.89 | 6.3 | 5,901.13 | 6.3 |
| Gross Profit | 29,402.16 | 93.7 | 87,185.39 | 93.7 |
| Expense: |  |  |  |  |
| ADVERTISING | 91.00 | .3 | 373.00 | .4 |
| COMMISSIONS | 2,212.12 | 7.1 | 6,101.71 | 6.6 |
| GIFTS | .00 | .0 | 200.00 | .2 |
| INSURANCE | 1,469.00 | 4.7 | 4,407.00 | 4.7 |
| LAUNDRY & CLEANING | 849.56 | 2.7 | 1,838.96 | 2.0 |
| MORTGAGE | 34,095.81 | 108.7 | 102,287.43 | 109.9 |
| OFFICE EXPENSE | 289.58 | .9 | 676.24 | .7 |
| POSTAGE | 40.46 | .1 | 200.91 | .2 |
| REPAIRS & MAINTENANCE | 652.00 | 2.1 | 1,373.00 | 1.5 |
| SALARIES & WAGES | 4,953.00 | 15.8 | 15,486.30 | 16.6 |
| TAXES / TRANSIENT | 7,367.41 | 23.5 | 7,367.41 | 7.9 |
| TELEPHONE | 629.66 | 2.0 | 1,960.07 | 2.1 |
| UTILITIES | 2,841.52 | 9.1 | 9,781.97 | 10.5 |
| Total Expense | 55,491.12 | 176.9 | 152,054.00 | 163.3 |
| Operating Income | 26,088.96- | 83.2- | 64,868.61- | 69.7- |
| Other Income/Expense: |  |  |  |  |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 26,088.96- | 83.2- | 64,868.61- | 69.7- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

*[signature]*

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

CYPRESS TREE / RSVP LLC 2010
Statement of Income
Month Ending April 30, 2010

5/20/2011 1:47 PM

| | April | | Year to Date | |
|---|---|---|---|---|
| Revenue: | | | | |
| ROOM RENTAL | 37,828.54 | 90.3 | 118,783.81 | 88.0 |
| SHOP RENTAL | 4,043.75 | 9.7 | 16,175.00 | 12.0 |
| Total Revenue | 41,872.29 | 100.0 | 134,958.81 | 100.0 |
| Cost of Sales: | | | | |
| PURCHASES / SUPPLIES | 2,249.40 | 5.4 | 8,150.53 | 6.0 |
| Total Cost of Sales | 2,249.40 | 5.4 | 8,150.53 | 6.0 |
| Gross Profit | 39,622.89 | 94.6 | 126,808.28 | 94.0 |
| Expense: | | | | |
| ADVERTISING | 91.00 | .2 | 464.00 | .3 |
| COMMISSIONS | 2,386.35 | 5.7 | 8,488.06 | 6.3 |
| GIFTS | .00 | .0 | 200.00 | .1 |
| INSURANCE | 1,019.00 | 2.4 | 5,426.00 | 4.0 |
| LAUNDRY & CLEANING | 937.07 | 2.2 | 2,776.03 | 2.1 |
| MORTGAGE | 34,095.81 | 81.4 | 136,383.24 | 101.1 |
| OFFICE EXPENSE | 667.14 | 1.6 | 1,343.38 | 1.0 |
| POSTAGE | 120.00 | .3 | 320.91 | .2 |
| REPAIRS & MAINTENANCE | 670.00 | 1.6 | 2,043.00 | 1.5 |
| SALARIES & WAGES | 6,019.55 | 14.4 | 21,505.85 | 15.9 |
| TAXES / TRANSIENT | .00 | .0 | 7,367.41 | 5.5 |
| TELEPHONE | 608.02 | 1.5 | 2,568.09 | 1.9 |
| UTILITIES | 3,943.92 | 9.4 | 13,725.89 | 10.2 |
| Total Expense | 50,557.86 | 120.7 | 202,611.86 | 150.1 |
| Operating Income | 10,934.97- | 26.1- | 75,803.58- | 56.2- |
| Other Income/Expense: | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 10,934.97- | 26.1- | 75,803.58- | 56.2- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

*[signature]*

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

CYPRESS TREE / RSVP LLC 2010                    5/20/2011 1:48 PM
Statement of Income
Month Ending May 31, 2010

| | May | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 47,406.35 | 92.1 | 166,190.16 | 89.2 |
| SHOP RENTAL | 4,043.75 | 7.9 | 20,218.75 | 10.8 |
| Total Revenue | 51,450.10 | 100.0 | 186,408.91 | 100.0 |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 1,640.58 | 3.2 | 9,791.11 | 5.3 |
| Total Cost of Sales | 1,640.58 | 3.2 | 9,791.11 | 5.3 |
| Gross Profit | 49,809.52 | 96.8 | 176,617.80 | 94.7 |
| **Expense:** | | | | |
| ADVERTISING | 191.00 | .4 | 655.00 | .4 |
| COMMISSIONS | 2,608.25 | 5.1 | 11,096.31 | 6.0 |
| GIFTS | .00 | .0 | 200.00 | .1 |
| INSURANCE | .00 | .0 | 5,426.00 | 2.9 |
| LAUNDRY & CLEANING | 937.81 | 1.8 | 3,713.84 | 2.0 |
| LEGAL & PROFESSIONAL | 2,100.00 | 4.1 | 2,100.00 | 1.1 |
| MORTGAGE | 34,095.81 | 66.3 | 170,479.05 | 91.5 |
| OFFICE EXPENSE | 107.55 | .2 | 1,450.93 | .8 |
| POSTAGE | 140.00 | .3 | 460.91 | .2 |
| REPAIRS & MAINTENANCE | 441.85 | .9 | 2,484.85 | 1.3 |
| SALARIES & WAGES | 5,120.00 | 10.0 | 26,625.85 | 14.3 |
| TAXES / TRANSIENT | .00 | .0 | 7,367.41 | 4.0 |
| TELEPHONE | 607.21 | 1.2 | 3,175.30 | 1.7 |
| UTILITIES | 6,841.11 | 13.3 | 20,587.00 | 11.0 |
| Total Expense | 53,190.59 | 103.4 | 255,802.45 | 137.2 |
| Operating Income | 3,381.07- | 6.6- | 79,184.65- | 42.5- |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 3,381.07- | 6.6- | 79,184.65- | 42.5- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

**CYPRESS TREE / RSVP LLC 2010**
Statement of Income
Month Ending June 30, 2010

5/20/2011 1:48 PM

| | June | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 84,217.79 | 95.4 | 250,407.95 | 91.2 |
| SHOP RENTAL | 4,043.75 | 4.6 | 24,262.50 | 8.8 |
|   Total Revenue | 88,261.54 | 100.0 | 274,670.45 | 100.0 |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 2,485.05 | 2.8 | 12,276.16 | 4.5 |
|   Total Cost of Sales | 2,485.05 | 2.8 | 12,276.16 | 4.5 |
|   Gross Profit | 85,776.49 | 97.2 | 262,394.29 | 95.5 |
| **Expense:** | | | | |
| ADVERTISING | 91.00 | .1 | 748.00 | .3 |
| COMMISSIONS | 3,635.80 | 4.1 | 14,732.11 | 5.4 |
| GIFTS | .00 | .0 | 200.00 | .1 |
| INSURANCE | 1,007.00 | 1.1 | 6,433.00 | 2.3 |
| LAUNDRY & CLEANING | 990.83 | 1.1 | 4,704.67 | 1.7 |
| LEGAL & PROFESSIONAL | .00 | .0 | 2,100.00 | .8 |
| MORTGAGE | 34,095.81 | 38.6 | 204,574.86 | 74.5 |
| OFFICE EXPENSE | 100.00 | .1 | 1,550.93 | .6 |
| POSTAGE | 40.45 | .0 | 501.36 | .2 |
| REPAIRS & MAINTENANCE | 1,046.76 | 1.2 | 3,531.61 | 1.3 |
| SALARIES & WAGES | 5,380.00 | 6.1 | 32,005.85 | 11.7 |
| TAXES / TRANSIENT | .00 | .0 | 7,367.41 | 2.7 |
| TELEPHONE | 816.60 | .9 | 3,991.90 | 1.5 |
| UTILITIES | 4,237.51 | 4.8 | 24,804.51 | 9.0 |
|   Total Expense | 51,441.76 | 58.3 | 307,244.21 | 111.9 |
|   Operating Income | 34,334.73 | 38.9 | 44,849.92- | 16.3- |
| **Other Income/Expense:** | | | | |
|   Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 34,334.73 | 38.9 | 44,849.92- | 16.3- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

*[signature]*
BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

**CYPRESS TREE / RSVP LLC 2010**
**Statement of Income**
**Month Ending July 31, 2010**

5/20/2011 1:48 PM

| | July | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 87,012.68 | 95.6 | 337,420.63 | 92.3 |
| SHOP RENTAL | 4,043.75 | 4.4 | 28,306.25 | 7.7 |
| Total Revenue | 91,056.43 | 100.0 | 365,726.88 | 100.0 |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 2,204.58 | 2.4 | 14,480.74 | 4.0 |
| Total Cost of Sales | 2,204.58 | 2.4 | 14,480.74 | 4.0 |
| Gross Profit | 88,851.85 | 97.6 | 351,246.14 | 96.0 |
| **Expense:** | | | | |
| ADVERTISING | 91.00 | .1 | 837.00 | .2 |
| COMMISSIONS | 3,250.05 | 3.6 | 17,982.16 | 4.9 |
| GIFTS | .00 | .0 | 200.00 | .1 |
| INSURANCE | .00 | .0 | 6,433.00 | 1.8 |
| LAUNDRY & CLEANING | 1,450.73 | 1.6 | 6,155.40 | 1.7 |
| LEGAL & PROFESSIONAL | 3,000.00 | 3.3 | 5,100.00 | 1.4 |
| LICENSE & PERMITS | 1,441.50 | 1.6 | 1,441.50 | .4 |
| MORTGAGE | 34,095.81 | 37.4 | 238,670.67 | 65.3 |
| OFFICE EXPENSE | 347.85 | .4 | 1,898.78 | .5 |
| POSTAGE | 80.45 | .1 | 581.81 | .2 |
| REPAIRS & MAINTENANCE | 1,572.72 | 1.7 | 5,104.33 | 1.4 |
| SALARIES & WAGES | 5,938.00 | 6.5 | 37,943.85 | 10.4 |
| TAXES / TRANSIENT | .00 | .0 | 7,367.41 | 2.0 |
| TELEPHONE | 668.75 | .7 | 4,660.65 | 1.3 |
| UTILITIES | 3,864.85 | 4.2 | 28,669.36 | 7.8 |
| Total Expense | 55,801.71 | 61.3 | 363,045.92 | 99.3 |
| Operating Income | 33,050.14 | 36.3 | 11,799.78- | 3.2- |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 33,050.14 | 36.3 | 11,799.78- | 3.2- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

CYPRESS TREE / RSVP LLC 2010             5/20/2011 1:48 PM
Statement of Income
Month Ending August 31, 2010

|  | August |  | Year to Date |  |
|---|---|---|---|---|
| **Revenue:** |  |  |  |  |
| ROOM RENTAL | 90,139.80 | 95.7 | 427,560.43 | 93.0 |
| SHOP RENTAL | 4,043.75 | 4.3 | 32,350.00 | 7.0 |
| Total Revenue | 94,183.55 | 100.0 | 459,910.43 | 100.0 |
| **Cost of Sales:** |  |  |  |  |
| PURCHASES / SUPPLIES | 3,404.99 | 3.6 | 17,885.73 | 3.9 |
| Total Cost of Sales | 3,404.99 | 3.6 | 17,885.73 | 3.9 |
| Gross Profit | 90,778.56 | 96.4 | 442,024.70 | 96.1 |
| **Expense:** |  |  |  |  |
| ADVERTISING | 191.00 | .2 | 1,028.00 | .2 |
| COMMISSIONS | 4,788.55 | 5.1 | 22,770.71 | 5.0 |
| GIFTS | .00 | .0 | 200.00 | .0 |
| INSURANCE | 835.00 | .9 | 7,268.00 | 1.6 |
| LAUNDRY & CLEANING | 1,338.75 | 1.4 | 7,494.15 | 1.6 |
| LEGAL & PROFESSIONAL | 1,500.00 | 1.6 | 6,600.00 | 1.4 |
| LICENSE & PERMITS | .00 | .0 | 1,441.50 | .3 |
| MORTGAGE | 34,095.81 | 36.2 | 272,766.48 | 59.3 |
| OFFICE EXPENSE | 215.38 | .2 | 2,114.16 | .5 |
| POSTAGE | 80.45 | .1 | 662.26 | .1 |
| REPAIRS & MAINTENANCE | 1,491.87 | 1.6 | 6,596.20 | 1.4 |
| SALARIES & WAGES | 5,993.00 | 6.4 | 43,926.85 | 9.6 |
| TAXES / TRANSIENT | 5,308.56 | 5.6 | 12,675.97 | 2.8 |
| TELEPHONE | 898.36 | 1.0 | 5,559.01 | 1.2 |
| UTILITIES | 6,880.03 | 7.3 | 35,549.39 | 7.7 |
| Total Expense | 63,608.76 | 67.5 | 426,652.68 | 92.8 |
| Operating Income | 27,171.80 | 28.8 | 15,372.02 | 3.3 |
| **Other Income/Expense:** |  |  |  |  |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 27,171.80 | 28.8 | 15,372.02 | 3.3 |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

CYPRESS TREE / RSVP LLC 2010                 5/20/2011 1:48 PM
Statement of Income
Month Ending September 30, 2010

|  | September | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 57,090.10 | 93.4 | 484,650.53 | 93.0 |
| SHOP RENTAL | 4,043.75 | 6.6 | 36,393.75 | 7.0 |
| Total Revenue | 61,133.85 | 100.0 | 521,044.28 | 100.0 |
| | | | | |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 1,976.07 | 3.2 | 19,861.80 | 3.8 |
| Total Cost of Sales | 1,976.07 | 3.2 | 19,861.80 | 3.8 |
| Gross Profit | 59,157.78 | 96.8 | 501,182.48 | 96.2 |
| | | | | |
| **Expense:** | | | | |
| ADVERTISING | 91.00 | .1 | 1,119.00 | .2 |
| COMMISSIONS | 2,563.40 | 4.2 | 25,334.11 | 4.9 |
| GIFTS | .00 | .0 | 200.00 | .0 |
| INSURANCE | 3,000.00 | 4.9 | 10,268.00 | 2.0 |
| LAUNDRY & CLEANING | 1,035.76 | 1.7 | 8,529.91 | 1.6 |
| LEGAL & PROFESSIONAL | 220.00 | .4 | 6,820.00 | 1.3 |
| LICENSE & PERMITS | .00 | .0 | 1,441.50 | .3 |
| MORTGAGE | 34,095.81 | 55.8 | 306,862.29 | 58.9 |
| OFFICE EXPENSE | 445.49 | .7 | 2,559.65 | .5 |
| POSTAGE | 40.45 | .1 | 702.71 | .1 |
| REPAIRS & MAINTENANCE | 1,114.62 | 1.8 | 7,710.82 | 1.5 |
| SALARIES & WAGES | 3,796.20 | 6.2 | 47,723.05 | 9.2 |
| TAXES / TRANSIENT | 7,257.24 | 11.9 | 19,933.21 | 3.8 |
| TELEPHONE | 688.28 | 1.1 | 6,245.29 | 1.2 |
| UTILITIES | 2,715.05 | 4.4 | 38,264.44 | 7.3 |
| Total Expense | 57,061.30 | 93.3 | 483,713.98 | 92.8 |
| Operating Income | 2,096.48 | 3.4 | 17,468.50 | 3.4 |
| | | | | |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| | | | | |
| Net Income | 2,096.48 | 3.4 | 17,468.50 | 3.4 |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

*Bill M. Welch*

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4016
FAX (661) 873-4113

**CYPRESS TREE / RSVP LLC 2010**
Statement of Income
Month Ending November 30, 2010

5/20/2011 1:48 PM

|  | November |  | Year to Date |  |
|---|---|---|---|---|
| **Revenue:** |  |  |  |  |
| ROOM RENTAL | 23,043.11 | 85.1 | 530,736.75 | 92.3 |
| SHOP RENTAL | 4,043.73 | 14.9 | 44,481.23 | 7.7 |
| Total Revenue | 27,086.84 | 100.0 | 575,217.98 | 100.0 |
|  |  |  |  |  |
| **Cost of Sales:** |  |  |  |  |
| PURCHASES / SUPPLIES | 3,963.28 | 14.6 | 25,815.04 | 4.5 |
| Total Cost of Sales | 3,963.28 | 14.6 | 25,815.04 | 4.5 |
| Gross Profit | 23,123.56 | 85.4 | 549,402.94 | 95.5 |
|  |  |  |  |  |
| **Expense:** |  |  |  |  |
| ADVERTISING | 1,051.00 | 3.9 | 2,361.00 | .4 |
| COMMISSIONS | 2,042.65 | 7.5 | 29,669.47 | 5.2 |
| GIFTS | .00 | .0 | 200.00 | .0 |
| INSURANCE | 1,467.00 | 5.4 | 12,185.00 | 2.1 |
| LAUNDRY & CLEANING | 440.00 | 1.6 | 10,387.27 | 1.8 |
| LEGAL & PROFESSIONAL | .00 | .0 | 6,820.00 | 1.2 |
| LICENSE & PERMITS | 229.87 | .8 | 1,671.37 | .3 |
| MORTGAGE | 34,095.81 | 125.9 | 375,053.91 | 65.2 |
| OFFICE EXPENSE | 266.00 | 1.0 | 2,825.65 | .5 |
| POSTAGE | 40.45 | .1 | 783.61 | .1 |
| REPAIRS & MAINTENANCE | 282.96 | 1.0 | 14,840.49 | 2.6 |
| SALARIES & WAGES | 1,859.37 | 6.9 | 51,577.06 | 9.0 |
| TAXES / TRANSIENT | .00 | .0 | 19,933.21 | 3.5 |
| TELEPHONE | 500.00 | 1.8 | 7,403.94 | 1.3 |
| UTILITIES | 2,893.91 | 10.7 | 46,736.51 | 8.1 |
| Total Expense | 45,169.02 | 166.8 | 582,448.49 | 101.3 |
| Operating Income | 22,045.46- | 81.4- | 33,045.55- | 5.7- |
|  |  |  |  |  |
| **Other Income/Expense:** |  |  |  |  |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
|  |  |  |  |  |
| Net Income | 22,045.46- | 81.4- | 33,045.55- | 5.7- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

| | December | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 9,963.86 | 71.1 | 540,700.61 | 91.8 |
| SHOP RENTAL | 4,043.75 | 28.9 | 48,524.98 | 8.2 |
| Total Revenue | 14,007.61 | 100.0 | 589,225.59 | 100.0 |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 1,156.90 | 8.3 | 26,971.94 | 4.6 |
| Total Cost of Sales | 1,156.90 | 8.3 | 26,971.94 | 4.6 |
| Gross Profit | 12,850.71 | 91.7 | 562,253.65 | 95.4 |
| **Expense:** | | | | |
| ADVERTISING | 91.00 | .6 | 2,452.00 | .4 |
| COMMISSIONS | 1,812.55 | 12.9 | 31,482.02 | 5.3 |
| GIFTS | .00 | .0 | 200.00 | .0 |
| INSURANCE | 1,882.00 | 13.4 | 14,067.00 | 2.4 |
| LAUNDRY & CLEANING | 1,112.80 | 7.9 | 11,500.07 | 2.0 |
| LEGAL & PROFESSIONAL | 75.00 | .5 | 6,895.00 | 1.2 |
| LICENSE & PERMITS | .00 | .0 | 1,671.37 | .3 |
| MORTGAGE | 4,000.00 | 28.6 | 379,053.91 | 64.3 |
| OFFICE EXPENSE | 490.00 | 3.5 | 3,315.65 | .6 |
| POSTAGE | 40.45 | .3 | 824.06 | .1 |
| REPAIRS & MAINTENANCE | 796.18 | 5.7 | 15,636.67 | 2.7 |
| SALARIES & WAGES | 1,410.84 | 10.1 | 52,987.90 | 9.0 |
| TAXES / TRANSIENT | 6,214.33 | 44.4 | 26,147.54 | 4.4 |
| TELEPHONE | 820.24 | 5.9 | 8,224.18 | 1.4 |
| UTILITIES | 4,078.75 | 29.1 | 50,815.26 | 8.6 |
| Total Expense | 22,824.14 | 162.9 | 605,272.63 | 102.7 |
| Operating Income | 9,973.43- | 71.2- | 43,018.98- | 7.3- |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 9,973.43- | 71.2- | 43,018.98- | 7.3- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M. WELCH 7A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

CYPRESS TREE / RSVP LLC 2010
Balance Sheet
December 31, 2010

### Assets

| | | |
|---|---:|---:|
| **Current Assets:** | | |
| Checking Account | | 1,950.02 |
| Total Current | | 1,950.02 |
| **Fixed Assets:** | | |
| MOTEL FMV | 4,600,000.00 | |
| LESS ACCUM DEPRECIATION | 833,028.00- | 3,766,972.00 |
| **Total Assets** | | 3,768,922.02 |

### Liabilities and Equity

| | | |
|---|---:|---:|
| **Current Liabilities:** | | |
| MOTEL SHORT TERM | | 409,150.00 |
| Total Current | | 409,150.00 |
| **Long Term Liabilities:** | | |
| MOTEL L/TERM | 4,342,896.00 | 4,342,896.00 |
| Total Liabilities | | 4,752,046.00 |
| **Equity:** | | |
| Retained Earnings | 940,105.00- | |
| Net Income | 43,018.98- | |
| Total Liabilities and Equity | | 983,123.98- |
| | | 3,768,922.02 |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

# EXHIBIT B

| | January | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 16,067.01 | 79.7 | 16,067.01 | 79.7 |
| SHOP RENTAL | 4,043.75 | 20.1 | 4,043.75 | 20.1 |
| VENDING SALES | 50.00 | .2 | 50.00 | .2 |
| Total Revenue | 20,160.76 | 100.0 | 20,160.76 | 100.0 |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 602.67 | 3.0 | 602.67 | 3.0 |
| Total Cost of Sales | 602.67 | 3.0 | 602.67 | 3.0 |
| Gross Profit | 19,558.09 | 97.0 | 19,558.09 | 97.0 |
| **Expense:** | | | | |
| ACCOUNTING | 575.00 | 2.9 | 575.00 | 2.9 |
| ADVERTISING | 175.00 | .9 | 175.00 | .9 |
| BANK & C/CARD FEES | 610.00 | 3.0 | 610.00 | 3.0 |
| COMMISSIONS | 1,651.50 | 8.2 | 1,651.50 | 8.2 |
| INSURANCE | 1,641.00 | 8.1 | 1,641.00 | 8.1 |
| OFFICE EXPENSE | 75.00 | .4 | 75.00 | .4 |
| REPAIRS & MAINTENANCE | 391.50 | 1.9 | 391.50 | 1.9 |
| SALARIES & WAGES | 8,034.00 | 39.8 | 8,034.00 | 39.8 |
| SECURITY | 66.00 | .3 | 66.00 | .3 |
| SUPPLIES IN HOUSE | 108.25 | .5 | 108.25 | .5 |
| TAXES / TOURISM | 1,806.71 | 9.0 | 1,806.71 | 9.0 |
| TELEPHONE | 439.80 | 2.2 | 439.80 | 2.2 |
| UTILITIES | 4,601.65 | 22.8 | 4,601.65 | 22.8 |
| Total Expense | 20,175.41 | 100.1 | 20,175.41 | 100.1 |
| Operating Income | 617.32- | 3.1- | 617.32- | 3.1- |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 617.32- | 3.1- | 617.32- | 3.1- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M WELCH7 X040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

AMERICAS BEST/ NEIL LLC FEB 2011
Statement of Income
Month Ending February 28, 2011

5/15/2011 7:32 AM

| | February | | Year to Date | |
|---|---|---|---|---|
| Revenue: | | | | |
| ROOM RENTAL | 16,686.67 | 80.2 | 16,686.67 | 80.2 |
| SHOP RENTAL | 4,043.75 | 19.4 | 4,043.75 | 19.4 |
| VENDING SALES | 65.00 | .3 | 65.00 | .3 |
| Total Revenue | 20,795.42 | 100.0 | 20,795.42 | 100.0 |
| Cost of Sales: | | | | |
| PURCHASES / SUPPLIES | 529.94 | 2.5 | 529.94 | 2.5 |
| Total Cost of Sales | 529.94 | 2.5 | 529.94 | 2.5 |
| Gross Profit | 20,265.48 | 97.5 | 20,265.48 | 97.5 |
| Expense: | | | | |
| ACCOUNTING | 575.00 | 2.8 | 575.00 | 2.8 |
| ADVERTISING | 275.00 | 1.3 | 275.00 | 1.3 |
| BANK & C/CARD FEES | 541.50 | 2.6 | 541.50 | 2.6 |
| COMMISSIONS | 1,661.65 | 8.0 | 1,661.65 | 8.0 |
| INSURANCE | 1,641.00 | 7.9 | 1,641.00 | 7.9 |
| OFFICE EXPENSE | 235.60 | 1.1 | 235.60 | 1.1 |
| REPAIRS & MAINTENANCE | 526.39 | 2.5 | 526.39 | 2.5 |
| SALARIES & WAGES | 8,369.25 | 40.2 | 8,369.25 | 40.2 |
| SECURITY | 66.00 | .3 | 66.00 | .3 |
| TAXES / TRANSIENT | 1,868.67 | 9.0 | 1,868.67 | 9.0 |
| TELEPHONE | 327.50 | 1.6 | 327.50 | 1.6 |
| UTILITIES | 5,147.03 | 24.8 | 5,147.03 | 24.8 |
| Total Expense | 21,234.59 | 102.1 | 21,234.59 | 102.1 |
| Operating Income | 969.11- | 4.7- | 969.11- | 4.7- |
| Other Income/Expense: | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 969.11- | 4.7- | 969.11- | 4.7- |

PREPARED WITHOUT FROMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

| | March | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 18,203.28 | 81.5 | 18,203.28 | 81.5 |
| SHOP RENTAL | 4,043.75 | 18.1 | 4,043.75 | 18.1 |
| VENDING SALES | 75.00 | .3 | 75.00 | .3 |
| Total Revenue | 22,322.03 | 100.0 | 22,322.03 | 100.0 |
| | | | | |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 790.25 | 3.5 | 790.25 | 3.5 |
| Total Cost of Sales | 790.25 | 3.5 | 790.25 | 3.5 |
| Gross Profit | 21,531.78 | 96.5 | 21,531.78 | 96.5 |
| | | | | |
| **Expense:** | | | | |
| ACCOUNTING | 575.00 | 2.6 | 575.00 | 2.6 |
| ADVERTISING | 275.00 | 1.2 | 275.00 | 1.2 |
| BANK & C/CARD FEES | 635.60 | 2.8 | 635.60 | 2.8 |
| COMMISSIONS | 1,650.62 | 7.4 | 1,650.62 | 7.4 |
| INSURANCE | 1,641.00 | 7.4 | 1,641.00 | 7.4 |
| LEGAL & PROFESSIONAL | 5,000.00 | 22.4 | 5,000.00 | 22.4 |
| OFFICE EXPENSE | 228.90 | 1.0 | 228.90 | 1.0 |
| REPAIRS & MAINTENANCE | 745.57 | 3.3 | 745.57 | 3.3 |
| SALARIES & WAGES | 8,714.33 | 39.0 | 8,714.33 | 39.0 |
| SECURITY | 66.00 | .3 | 66.00 | .3 |
| TAXES / TOURISM | 2,040.33 | 9.1 | 2,040.33 | 9.1 |
| TELEPHONE | 549.25 | 2.5 | 549.25 | 2.5 |
| UTILITIES | 4,328.66 | 19.4 | 4,328.66 | 19.4 |
| Total Expense | 26,450.26 | 118.5 | 26,450.26 | 118.5 |
| Operating Income | 4,918.48- | 22.0- | 4,918.48- | 22.0- |
| | | | | |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| | | | | |
| Net Income | 4,918.48- | 22.0- | 4,918.48- | 22.0- |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

### AMERICAS BEST/NEIL LLC/6 MONTHS
Statement of Income
Month Ending April 30, 2011

5/20/2011 12:36 PM

| | April | | Year to Date | |
|---|---|---|---|---|
| **Revenue:** | | | | |
| ROOM RENTAL | 35,684.35 | 90.0 | 119,848.28 | 83.1 |
| SHOP RENTAL | 3,943.75 | 9.9 | 24,162.50 | 16.8 |
| VENDING SALES | 40.00 | .1 | 230.00 | .2 |
| Total Revenue | 39,668.10 | 100.0 | 144,040.78 | 100.0 |
| **Cost of Sales:** | | | | |
| PURCHASES / SUPPLIES | 1,344.12 | 3.4 | 8,387.16 | 5.8 |
| Total Cost of Sales | 1,344.12 | 3.4 | 8,387.16 | 5.8 |
| Gross Profit | 38,323.98 | 96.6 | 135,653.62 | 94.2 |
| **Expense:** | | | | |
| ACCOUNTING | 575.00 | 1.4 | 2,300.00 | 1.6 |
| ADVERTISING | 175.00 | .4 | 2,042.00 | 1.4 |
| BANK & C/CARD FEES | 300.00 | .8 | 2,087.10 | 1.4 |
| COMMISSIONS | 2,043.40 | 5.2 | 10,862.37 | 7.5 |
| INSURANCE | 1,191.00 | 3.0 | 9,463.00 | 6.6 |
| LAUNDRY & CLEANING | .00 | .0 | 1,552.80 | 1.1 |
| LEGAL & PROFESSIONAL | 2,900.00 | 7.3 | 7,975.00 | 5.5 |
| LICENSE & PERMITS | .00 | .0 | 229.87 | .2 |
| NONDEDUCTIBLE | .00 | .0 | 30,095.81 | 20.9 |
| OFFICE EXPENSE | 100.00 | .3 | 1,395.50 | 1.0 |
| POSTAGE | .00 | .0 | 80.90 | .1 |
| REPAIRS & MAINTENANCE | 1,431.56 | 3.6 | 4,174.16 | 2.9 |
| SALARIES & WAGES | 7,789.87 | 19.6 | 36,177.66 | 25.1 |
| SECURITY | 66.00 | .2 | 264.00 | .2 |
| SUPPLIES IN HOUSE | .00 | .0 | 108.25 | .1 |
| TAXES / PAYROLL | 1,300.00 | 3.3 | 1,300.00 | .9 |
| TAXES / TOURISM | 3,868.44 | 9.8 | 9,584.15 | 6.7 |
| TAXES / TRANSIENT | .00 | .0 | 6,214.33 | 4.3 |
| TELEPHONE | 501.23 | 1.3 | 3,138.02 | 2.2 |
| UTILITIES | 5,953.46 | 15.0 | 27,003.46 | 18.7 |
| Total Expense | 28,194.96 | 71.1 | 156,048.38 | 108.3 |
| Operating Income | 10,129.02 | 25.5 | 20,394.76- | 14.2- |
| **Other Income/Expense:** | | | | |
| Total Other Income/Expense | .00 | .0 | .00 | .0 |
| Net Income | 10,129.02 | 25.5 | 20,394.76- | 14.2- |

PERPARED WITHOUT FROMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113

Cypress Tree

**AMERICAS BEST/NEIL LLC/6 MONTHS**
Balance Sheet
April 30, 2011

5/20/2011 12:51 PM

### Assets

| | | |
|---|---:|---:|
| **Current Assets:** | | |
| Checking Account | | 2,759.24 |
| Total Current | | 2,759.24 |
| **Fixed Assets:** | | |
| MOTEL FMV | 4,600,000.00 | |
| LESS ACCUM DEPRECIATION | 852,862.00- | 3,747,138.00 |
| **Total Assets** | | 3,749,897.24 |

### Liabilities and Equity

| | | |
|---|---:|---:|
| **Current Liabilities:** | | |
| MOTEL NOTE S/T | | 180,576.00- |
| Total Current | | 180,576.00- |
| **Long Term Liabilities:** | | |
| MOTEL NOTE | 4,342,896.00 | 4,342,896.00 |
| Total Liabilities | | 4,162,320.00 |
| **Equity:** | | |
| Retained Earnings | 392,028.00- | |
| Net Income | 20,394.76- | 412,422.76- |
| Total Liabilities and Equity | | 3,749,897.24 |

PREPARED WITHOUT FORMAL AUDIT FROM DATA SUPPLIED BY CLIENT.

BILL M. WELCH / A040422

BMW TAX SERVICE INC
3129 19TH STREET
BAKERSFIELD, CA 93301
TEL (661) 873-4018
FAX (661) 873-4113