W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 927-2525
Facsimile: (916) 920-0355
austincooperlaw@yahoo.com

Attorneys for the Debtors
and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

In re

SAVITRIBEN K. PATEL, aka
SABRINA PATEL, SAVITRI
PATEL, dba CYPRESS TREE INN,
aka SAVITRI K. PATEL, dba
AMERICA'S BEST VALUE INN &
SUITES-CYPRESS TREE INN,

  Debtor and
  Debtor-in-Possession
_____/

Case No. 11-54571

Chapter 11

HEARING DATE:
DATE:  September 28, 2011
TIME:  1:30 p.m.
LOCATION: 280 South First Street,
    3rd Floor, Courtroom 3099
    San Jose, CA
JUDGE:  Steven Johnson

**NOTICE OF HEARING ON MOTION BY DEBTOR AND DEBTOR IN POSSESSION TO VALUE JUDGEMENT LIEN OF THE CITY OF SANTA CRUZ AGAINST 2227/2229 N. FREMONT STREET, MONTEREY, CALIFORNIA**
**(Cypress Tree Inn)**

TO THE HONORABLE STEVEN JOHNSON, OFFICE OF U.S. TRUSTEE, OFFICER, GENERAL MANAGER, AGENT FOR SERVICE OF PROCESS SERVICE FOR THE CITY OF SANTA CRUZ, AND ALL OTHER PARTIES IN INTEREST:

  The debtor in possession, Savitriben Patel, have filed papers with the Court (the "Motion") seeking an order:

  1. Valuing the judgement lien of the City of Santa Cruz, against real property of debtor located at 2227/2229 N. Fremont Street, Monterey, California at $0.00; and

1

2. determining that the claim of the City of Santa Cruz is entirely unsecured.

Debtor brings this Motion pursuant to 11 U.S.C. section 506(a) and (d).

**NOTICE IS HEREBY GIVEN** that the hearing on the Motion of Debtor to Value Collateral held by Savitriben Patel in the above-captioned bankruptcy case, shall be held on September 28, 2011 at 1:30 p.m., or soon thereafter as may be heard before the Honorable Steven Johnson in Courtroom 3099, United States Bankruptcy Court,280 South First Street, 3rd Floor, Courtroom 3099, San Jose, California. The Motion may be reviewed at the Office of the Clerk, United States Bankruptcy Court.

The Motion is based upon this Notice of Hearing, the Motion, the Declaration of Allen L. Best, the Declaration Savitriben Patel filed in support thereof and such other argument, authority and evidence as may be presented at the hearing.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**NOTICE IS FURTHER GIVEN** that Pursuant to Local Bankruptcy rule 9014-1(f)(1) any opposition to this motion must be in writing and you must, at least 14 days before the hearing file your opposition with the Court and serve a copy of it on:

1. W. AUSTIN COOPER,
   A PROFESSIONAL CORPORATION
   2525 Natomas Park Drive, Suite 320
   Sacramento, California 95833

2. U.S. Trustee
   Office of the U.S. Trustee / SJ
   U.S. Federal Bldg.
   280 S 1st St. #268
   San Jose, CA 95113-3004

Without good cause you will not be heard at oral argument if you fail to serve and file written opposition in a timely manner. Moreover, your failure to serve and file a timely written opposition may be deemed a waiver of any opposition to the granting of the Motion.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion may be

continued from time to time without further notice other than announcement in open court of the date, time and place of the continued hearing.

                                        RESPECTFULLY SUBMITTED,

                                        **W. AUSTIN COOPER,**
                                        **A PROFESSIONAL CORPORATION**

Dated: August 18, 2011                 By: /s/ W. Austin Cooper
                                                  W. AUSTIN COOPER, Attorneys for Debtor
                                                    and Debtor in Possession Savitriben Patel